### IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY
### STATE OF MISSOURI

| | |
|---|---|
| MICHAEL TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 19SL-CC00498 |
| v. | ) |
| | ) Division No. 18 |
| FORD MOTOR COMPANY, | ) |
| | ) |
| Defendant. | ) |

FILED
12-03-2021
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY, MO

### PARTIAL DISMISSAL WITH PREJUDICE

COMES NOW plaintiff Michael Tucker (hereinafter, "Plaintiff") and dismisses his cause of action as to defendant Bommarito Ford, Inc. only. Plaintiff's cause of action against defendant Ford Motor Company remains.

Respectfully submitted,

**DONNER APPLEWHITE**
**ATTORNEYS AT LAW**

By:  */s/ Thomas R. Applewhite*
Thomas R. Applewhite, #64437
906 Olive Street, Suite 1110
St. Louis, Missouri 63101
Phone:      (314) 293-3526
Facsimile:  (888) 785-4461
Email:      tom.applewhite@da-lawfirm.com

*Attorneys for Plaintiff*

SO ORDERED:

*[signature]*
Judge      Division 18
December 03, 2021

688