# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  4:22-cv-00430-AGF |
| | ) |
| FORD MOTOR COMPANY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court Plaintiff Michael Tucker's motion for leave to file several documents under seal, noting that Defendant Ford Motor Company had previously marked them as confidential.  (Doc. No. 41).  "The fact that certain information or material has been protected as confidential by parties in a case pursuant to a Protective Order is relevant to, but not dispositive of, whether this information or material will be sealed when filed with the Court."  E.D.Mo. Local Rule 13.05.  The Court will order Defendant to file redacted copies of the documents or a notice explaining why redacted copies cannot be filed.  The mere fact that the documents where produced pursuant to a protective order is not a sufficient basis to seal them.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Ford Motor Company shall file redacted copies of the documents or a notice explaining why redacted copies cannot be

filed within **seven days** of the date of this order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2022.