UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  4:22-cv-00430-AGF |
| | ) |
| FORD MOTOR COMPANY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court Plaintiff Michael Tucker's motion for leave to file several documents under seal, (Doc. No. 41), and Defendant Ford Motor Company's motion for leave to file a document under seal.  (Doc. No. 46).  Plaintiff filed his motion for leave to file three documents under seal, (Doc. Nos. 42-1, 42-2, & 42-3), noting Defendant had designated the documents as confidential.  The Court then ordered Defendant to file redacted copies of the documents or a notice explaining why redacted copies could not be filed in compliance with Local Rule 13.05.  (Doc. No. 43).

In response to the Court's order, Defendant filed its motion for sealing, a sealed memorandum in support of its motion, and the declaration of Eric Kalis, a Design Analysis Engineer employed by Defendant.  (Doc. Nos. 46-47).  In its filings, Defendant explains that two of the documents, (Doc. Nos. 42-1 and 42-3), do not meet the higher standard to justify sealing.  However, it states that the Corporate Engineering Test Procedure (CETP

00.00-R-343 Total Vehicle Accelerated Corrosion Test ("CETP")) (Doc. No. 42-2) is confidential and cannot be redacted.  Defendant explains that the CETP involves confidential and proprietary processes and procedures which derive value from their confidential status.  Defendant has shown it is unable to file a redacted copy of the CETP.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion For Leave to File Documents Under Seal is **GRANTED in part**.  (Doc. No. 41).

**IT IS FURTHER OREDERED** that Defendant's Uncontested Motion For Leave to File Document Under Seal is **GRANTED**.  (Doc. No. 46).  The Clerk of the Court is directed to unseal Doc. Nos. 42-1 and 42-3 only.  Doc. No. 42-2 shall remain sealed until further order of the Court.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 26th day of July, 2022.